UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARL P. BECKER, | : | NO. 1:21-CV-00498 |
| Plaintiff, | : | |
| | : | |
| -vs- | : | (CARLSON, M.J.) |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner | : | |
| of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

FILED
HARRISBURG, PA
NOV 02 2021
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this __2d__ day of __November__, 2021, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Karl P. Becker, is awarded Three Thousand One Hundred Twenty Dollars and 00/100 Cents ($3,120.00) in attorney fees under EAJA and Four Hundred Two Dollars and 00/100 ($402.00) in costs. The attorney fees will be paid directly to Plaintiff, Karl P. Becker, and sent to the business address of Plaintiff's counsel, Noah G. Naparsteck, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the

awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*Martin C. Carlson*

MARTIN C. CARLSON
United States Magistrate Judge